**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Richard HAMPSHIRE, Defendant–**
**Appellant.**

**No. 06–20965**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Sept. 25, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before REAVLEY, SMITH, and BARKSDALE, Circuit Judges.

PER CURIAM: *

Richard Hampshire appeals the sentence imposed following his guilty plea conviction of escape in violation of 21 U.S.C. § 846. Hampshire contends the district court erred in failing to reduce his base offense level by four pursuant to U.S.S.G. § 2P1.1(b)(3).

In *United States v. Shaw,* 979 F.2d 41 (5th Cir.1992), this court affirmed the denial of a § 2P1.1(b)(3) adjustment to a defen-

---

dant who walked away from a federal prison camp that was similar to the one from which Hampshire escaped. *See Shaw*, 979 F.2d at 42–43. Hampshire's argument that his case is factually distinguishable from *Shaw* is unavailing; he has failed to establish that the federal prison camp in which he was confined is similar to a community corrections center, community treatment center, or halfway house.

Accordingly, the district court did not err in refusing to reduce the sentence under § 2P1.1(b)(3). *See Shaw*, 979 F.2d at 45; *United States v. Ruiz*, 180 F.3d 675, 676 (5th Cir.1999). The judgment of sentence is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.